IN THE UNITED STATES DISTRICT COURT
FOR THE ~~~~~~~~~~~~~~~~~~~~~~~
FORT LAUDERDALE DIVISION

| | |
|---|---|
| UBUY HOLDINGS, INC. f/k/a E-PAWN.COM, Inc., a Nevada Corporation and STEVEN BAZSULY, Individually, and for and on behalf of All of the shareholders of UBUY HOLDINGS, INC. f/k/a E-PAWN. COM, Inc.<br><br>    Plaintiffs<br><br>Vs.<br><br>RICHARD GLADSTONE, LAURIE DOLL GLADSTONE, LAURA HOLM, ENGLISH, McCAUGHAN & O'BRYAN, P.A., WESTERN STATES TRANSFER & REGISTRAR, INC., RICHARD PARKER, DIANE SAGERS, JONES JENSEN & COMPANY, FELDMAN, SHERB HOROWITZ & CO., P.C. DR. THOMAS BOLERA, JOSEPH LOGAN, JR., DR. VAUGHN DABBS, DR. DAVID LEGERE, TINA ALEXANDER, JEFFREY POKROSS, MERRILL LYNCH AND CO., INC., SOUTHWEST SECURITIES, INC. BEAR STERNS, INC., ANDREW L. POPE, DMN CAPITAL INVESTMENT, INC., LESLIE GREYLING, ANNE M.E. GREYLING, LASALLE GROUP, LTD., SWISS ARCTIC TRADERS, LTD., UNITED GROCERS CLEARINGHOUSE, INC., SHOPPER'S ONLINE, INC., FREEBEES, INC., WILLIAM C. MARTUCCI, JOSEPH M. LAURA, GREGORY F. MATARRESE, LAURA & MATERRESE, WCM CAPITAL INC., MATTHEW DOLLINGER, DOLLINGER & GONSKI, JOHN B. | **03-61165**<br>**CIV-ZLOCH**<br><br>Civil Action No:_____<br><br>COMPLAINT FOR VIOLATION OF FEDERAL SECURITIES LAWS, CONSPIRACY TO COMMIT SECURITIES FRAUD, STATE SECURITIES FRAUD, COMMON LAW FRAUD, TORTIOUS INTERFERENCE WITH A BUSINESS RELATIONSHIP, TORTIOUS INTERFERENCE WITH AN ECONOMIC RELATIONSHIP, COMMERCIAL BRIBERY, CIVIL RACKETEERING, NEGLIGENCE.<br>**DEMAND FOR JURY TRIAL** |



1

FROHLING, FROHLING, HUDEK &
McCARTHY, DR. CHARLES EDWARDS,
BENEFICIAL TRUST, SA, JOHN E.
EFFINGER, VIOLA EFFINGER,
ELI LIEBOWITZ, SHAUN GREYLING,
ASSET INVESTMENT MANAGEMENT 1984 SA,
PACIFIC INTERNATIONAL SECURITIES, INC.,
FIRST LEVEL CAPITAL INC. n/k/a VFINANCE, INC.,
MARC N. SIEGEL, F.LEE BAILEY,
CLINTON GREYLING, KNIGHT TRADING
GROUP, INC., CARIBBEAN INTERNATIONAL
HOLDINGS, LTD., FLEET SECURITIES, INC.,
SCHWAB CAPITAL MARKETS, L.P.,
HERZOG, HEINE, GEDULD, INC.,
SPORTS RESORTS INTERNATIONAL, INC.
DONALD L. WILLIAMSON, CHILNOM
LIMITED, CALLENDERS & COMPANY
JOHN DOES and JANE DOES.

Defendants.

## CERTIFICATION FILED WITH COMPLAINT

This certification is filed pursuant to 15 U.S.C. Sec. 77z-1.

Steven Bazsuly is seeking to serve as a representative party on behalf of all shareholders of UBUY Holdings, Inc. f/k/a E-PAWN.com, Inc.

(i) Steven Bazsuly has reviewed the Complaint and authorizes its filing;

(ii) Steven Bazsuly states that he did not purchase the security that is the subject of the Complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under this subchapter;

(iii) Steven Bazsuly states that he is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary;

(iv) Steven Bazsuly hereby sets forth all of the transactions of the plaintiff in the security that is the subject of the Complaint during the class period specified in the Complaint, to wit, Steven Bazsuly caused his private company to be acquired by E-PAWN and received restricted common stock in exchange for that acquisition. Neither Steven Bazsuly nor any of his family members sold any E-PAWN stock at any time following their acquisition of such securities;

(v) Steven Bazsuly has not participated in any other action under this subchapter, filed during the 3 year period preceding the date on which the certification is signed by the Plaintiff, in which the Plaintiff has sought to serve, or served, as a representative party on behalf of a class; and

(vi) Steven Bazsuly states that he will not accept any payment for serving as a representative party on behalf of a class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court in accordance with paragraph (4).

## PLAINTIFFS' DEMAND A TRIAL BY JURY AS TO ALL ISSUES.

Then personally appeared Steven Bazsuly who upon oath does say and affirm that the allegations contained in this Complaint are true and correct to the best of his knowledge and belief.

_____
Steven Bazsuly

SWORN TO AND SUBSCRIBED TO, before me, Charles P. Johnson Jr., a Florida Notary Public, this 16th day of June 2003.

[Notary Stamp: CHARLES P. JOHNSON, JR / MY COMMISSION # DD 0797? / EXPIRES: January 1º 2006 / Bonded Thru Budget Notary Service]

_____
Charles P. Johnson Jr., Notary Public

Respectfully submitted this 16 day of June 2003.

William Yarno, Jr.
312 Tideland Road
Broussard, LA 70518
Tel. (337) 837-8953
Fax. (337) 837-2412
Louisiana Bar No. 13731

I hereby certify that I am duly admitted to practice before the United States District Court for the District of Louisiana and the United States Fifth Circuit Court of Appeals and meet all of the qualifications for handling the litigation involved in this Complaint.

_____
William Yarno, Jr.

_____
Charles P. Johnson, Jr.
917 South Andrews Avenue
Suite 2
Fort Lauderdale, FL 33316-1035
Tel. (954) 523-5455
Fax. (954) 527-0710
Florida Bar No. 793914
cpjohnson@aol.com
As Local Counsel

I hereby certify that I am duly admitted to practice before this Court and meet all of the qualifications for handling the litigation involved in this Complaint.

_____
Charles P. Johnson, Jr.

Attorneys for all Plaintiffs

2